UNITED STATES, Appellee

v

STEPHEN A. GAUTHIER, Private, U. S. Army, Appellant

21 USCMA 313, 45 CMR 87

No. 25,052

April 14, 1972

*Colonel George J. McCartin, Jr., Captain Bruce Topman,* and *Captain J. Houston Gordon* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel Ronald M. Holdaway, Captain David E. Wilson, Captain Benjamin P. Fishburne, III,* and *Captain M. Douglas Deitchler* were on the pleadings for Appellee, United States.

Opinion of the Court

QUINN, Judge:

We granted review to determine whether the accused's unauthorized possession of Lysergic Acid Diethylamide (LSD) in violation of a general regulation, and wrongful possession of marihuana on the same occasion were separate for the purposes of punishment. For the reasons set out in United States v Meyer, 21 USCMA 310, 45 CMR 84, decided this date, we conclude that the offenses are separately punishable. Accordingly, we affirm the decision of the United States Army Court of Military Review.

Judge DUNCAN concurs.

DARDEN, Chief Judge:

I concur in the result. See my opinion concurring in the result in United States v Meyer, 21 USCMA 310, 45 CMR 84 (1972).